# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00563-CV

---

**A. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-17-004979, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on September 6, 2018. By request to this Court dated September 12, 2018, Caroline Chapman requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Caroline Chapman is hereby ordered to file the reporter's record in this case on or before September 24, 2018. If the record is not filed by that date, Chapman may be required to show cause why she should not be held in contempt of court.

It is ordered on September 13, 2018.

Before Chief Justice Rose, Justices Pemberton and Field